UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AGRIGENIX, LLC, *et al.*,<br><br>　　　　　Defendants. | Case No.  1:23-cv-01548-EPG<br><br>ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) AS TO PLAINITFF SCOTTSDALE INSURANCE COMPANY'S CLAIMS AGAINST DEFENDANT IRMA EDMONDS, CHAPTER 7 TRUSTEE<br><br>(ECF No. 9). |

　　　　On February 1, 2024, Plaintiff Scottsdale Insurance Company ("Plaintiff") and Defendant Irma Edmonds, Chapter 7 Trustee ("Trustee") filed a stipulation for dismissal of Plaintiff's claims against Trustee with prejudice. (ECF No. 9). Trustee has not filed an answer to Plaintiff's complaint in this action. In light of the stipulation, Plaintiff's claims against Trustee have been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and have been dismissed with prejudice. Accordingly, the Clerk of Court is directed to remove Trustee as a defendant in this action on the docket.
IT IS SO ORDERED.

Dated:　**February 13, 2024**　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1