UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>            Plaintiff,<br><br> v.<br><br>AGRIGENIX, LLC, *et al.*,<br><br>            Defendants. | Case No. 1:23-cv-01548-JLT-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT IRMA EDMONDS WITH PREJUDICE<br><br>(ECF No. 51) |

Defendant Irma Edmonds, Chapter 7 Trustee, was previously dismissed by stipulation and order. (ECF Nos. 9, 15). However, Defendant Edmonds was named again in Plaintiff's Second Amended Complaint. (ECF No. 44). Plaintiff has now filed a notice of voluntary dismissal, citing to the original stipulation, as to all claims in its Second Amended Complaint against Defendant Irma Edmonds. (ECF No. 51). Accordingly, pursuant to Federal Rule of Civil Procedure 41 and the parties' prior stipulation (ECF No. 9), Plaintiff's claims in the Second Amended Complaint against Defendant Irma Edmonds are dismissed with prejudice.

IT IS SO ORDERED.

Dated:   **September 24, 2024**        /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE

1