UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>              Plaintiff,<br><br>   v.<br><br>AGRIGENIX, LLC, *et al.*,<br><br>              Defendants. | Case No. 1:23-cv-01548-JLT-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF Nos. 59, 60). |

On October 7, 2024, Plaintiff Scottsdale Insurance Company and Defendant Deerpoint Group, Inc. filed a joint stipulation dismissing this action with prejudice, with each party to bear its own costs and fees. (ECF Nos. 59, 60). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice, with each party to bear its own costs and fees. Accordingly, the Clerk of Court is directed to close this case and to terminate all pending motions. (ECF No. 46).

IT IS SO ORDERED.

Dated: __**October 8, 2024**__            /s/ Erica P. Grosjean
                                                                     UNITED STATES MAGISTRATE JUDGE

1